946

No. 91–8065. GOMEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–8066. KURASHIGE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–8068. CONEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–8069. NUNEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–8089. VASQUEZ v. HENDERSON, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 91–1382. SHUBERT ORGANIZATION, INC., ET AL. v. LANDMARKS PRESERVATION COMMISSION OF THE CITY OF NEW YORK ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Motions of Real Estate Board of New York, Inc., and Pacific Legal Foundation for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 91–1417. SINGLETARY, SECRETARY, DEPARTMENT OF CORRECTIONS OF FLORIDA v. BLANCO. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 91–1595. GLASSER v. A. H. ROBINS CO., INC., ET AL. C. A. 4th Cir. Motion of Dalkon Shield Alliance for Justice for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 91–1597. PENNSYLVANIA v. CHAMBERS. Sup. Ct. Pa. Motion of Institute in Basic Life Principles for leave to file a brief as *amicus curiae* granted. Certiorari denied.